**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ALONZO GILLIAM, III**                                                                           **PLAINTIFF**
**ADC #98194**

**V.**                            **Case No. 2:14-cv-00049 KGB/HDY**

**DANNY BURL,** *et al.*                                                                       **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that this case be dismissed without prejudice.  The relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 10th day of December, 2014.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE